STATE v. JACK COFFEY.

(Filed 26 October, 1910.)

The evidence in this case is of sufficient probative force to take the case to the jury.

APPEAL by defendant from *Lyon, J.,* at the March Term, 1910, of UNION.

Indictment for burning a barn tried.

*Attorney-General, G. L. Jones* for State.
*J. C. M. Vann, Williams, Lemmond & Love* for defendant.

PER CURIAM.  We have examined the exceptions in the record and find them to be untenable.

The evidence in the case consisting of circumstances and declarations of the defendant in our opinion is sufficient in probative force to justify the Court in submitting the case to the jury.